788 A.2d 636

**PRINCE GEORGE'S COUNTY, MD**

v.

**Wilburita ZENCI, et al.**

**No. 66 Sept. Term 2001.**

Court of Appeals of Maryland.

Jan. 9, 2002.

William A. Snoddy, Associate County Attorney (Sean D. Wallace, County Attorney, and John A. Bielec, Deputy County, Attorney, on brief) all of Upper Marlboro, for Petitioner.

Richard J. Link, Jr. of Silver Spring, (Monica R. Allston and Amy L. Leone of McCarthy Wilson of Rockville, MD) all on brief, for Respondents.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, LAWRENCE F. RODOWSKY, (retired, specially assigned), JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 9th day of January, 2002

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.